UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Case No. 2:11-cr-31
                                        HON. JANET T. NEFF

KRISTINE AMANDA BELTRAME

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on April 25, 2019, for an initial appearance on a supervised release petition dated April 9, 2019 (ECF #263).

Pursuant to Defendant's positive test on April 22, 2019 and for reasons stated on the record, Defendant shall be detained pending further proceedings.

IT IS HERBY ORDERED that Defendant shall report to the Marquette County Jail by 4:00 p.m. on Monday, April 29, 2019

IT IS SO ORDERED.

Dated:   April 25, 2019                */s/ Timothy P. Greeley*
                                            TIMOTHY P. GREELEY
                                            UNITED STATES MAGISTRATE JUDGE